**Opinion issued June 6, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———

## NO. 01-11-00588-CV

———

## MARIA MAY, Appellant

## V.

## HYDROCHEM INDUSTRIAL SERVICES, Appellee

---

**On Appeal from the 405th District Court**
**Franklin County, Texas**
**Trial Court Cause No. 08CV1074**

---

## MEMORANDUM OPINION

Appellant, Maria May, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was first due on July 28, 2011. On March 20, 2013, we issued an order directing appellant to pay the filing fee within 10 days or the appeal would be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). On April 12, 2013, we denied appellant's motion for rehearing on the Court's order to pay the filing fee.

Because appellant still has not paid the filing fee, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Chief Justice Radack and Justices Higley and Brown.